PD-0072-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/13/2015 12:20:00 PM
Accepted 7/13/2015 1:33:26 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **JAMES LEMING** | § | **APPEALED FROM THE** |
| **Appellant** | | **COURT OF APPEALS, 6th DISTRICT** |
| | | |
| V. | § | CCA NO. PD-0072-15 |
| | | CASE NO. 06-13-00264-CR |
| | | TRIAL COURT NO. 41799-B |
| THE STATE OF TEXAS | | |
| Appellee | § | STATE OF TEXAS |

### FOURTH MOTION FOR EXTENSION OF TIME
### TO REPLY TO STATE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, JAMES LEMING, the Appellant herein, and moves the Court for an extension of time to file Appellant's Reply to State's Brief in this cause, pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

### I.

The Appellant in this cause was convicted in the 124th District Court, Gregg County, Texas in cause number 41,799-B for the offense of Driving While Intoxicated 3rd or More listed in penalty group three (3). On October 14, 2013, punishment was assessed at ten (10) years in the Texas Department of Criminal Justice - Institutional Division.

### II.

The State's Brief was filed on May 22, 2015. The Appellant's Response to State's Brief is due on or about July 14, 2015.

### III.

The Appellant hereby requests an extension of time to file Appellant's Response to State's Brief.

The undersigned counsel has been unable to devote sufficient time to the review of the State's Brief, research and preparation of Appellant's Response to State's Brief for the following good and sufficient reasons:

This counsel's illness continues and he is still under a doctor's care.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Response to State's Brief for an additional one (01) week, to July 21, 2015.

RESPECTFULLY SUBMITTED,

___/s/ Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State.

Date: 07-13-15

__/s/ Clement Dunn_____
Attorney for Appellant

## IN THE COURT OF CRIMINAL APPEALS

JAMES LEMING
       **Appellant**

§    **APPEALED FROM THE**
**COURT OF APPEALS, 6th DISTRICT**

VI.

§    CCA NO. PD-0072-15
CASE NO. 06-13-00264-CR
TRIAL COURT NO. 41799-B

THE STATE OF TEXAS
       Appellee

§    STATE OF TEXAS

### ORDER

BE IT REMEMBERED, that on the _____ day of _____, 20___, came

on to be considered the above and foregoing Fourth Motion for Extension of Time to File

Appellant's Response to State's Brief.  After consideration of the same, it is the opinion of the

Court that Appellant's Motion be:

( )    GRANTED, and the present cause is hereby extended until _____,

      20____.

( )    DENIED, to which ruling the Appellant excepts.

( )    SET FOR HEARING ON THE _____ day of _____, 20___, at

      _____ o'clock_____.

SIGNED:

                                     _____
                                     JUDGE PRESIDING